**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Civil Case No. 3:19-cv-00414-D |
| Plaintiff, | Judge Sidney A. Fitzwater |
| v. | |
| JOHN DOE subscriber assigned IP address 162.237.132.6, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 162.237.132.6, are voluntarily dismissed with prejudice.

Dated: April 9, 2019                        Respectfully submitted,

                                                                By:  /s/ *Andy Nikolopoulos, Jr.*
                                                                        Andy Nikolopoulos, Esq. (24044852)
                                                                        anikolopoulos@foxrothschild.com
                                                                        Fox Rothschild, LLP
                                                                        5420 Lyndon B. Johnson Freeway
                                                                        Two Lincoln Centre, Suite 1200
                                                                        Dallas TX 75240-6215
                                                                        Tel.: (972) 991-0889
                                                                        Fax: (972) 404-0516
                                                                        www.foxrothschild.com
                                                                        *Attorneys for Plaintiff*